```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMIL ANTIGUA, *on Behalf of Himself and All Others Similarly Situated*,

                Plaintiff,

-against-

DYNAMIC EVENT GROUP INC. *doing business as* DYNAMIC PRODUCTIONS USA, BRIAN ROSENBLUM;

                Defendants.

21-CV-7272 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to both Defendants, Dkts. 6–8;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for both Defendants, Dkts. 6–8; and

    WHEREAS no defendant has either appeared or answered;

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **Friday, November 5, 2021**.

**SO ORDERED.**

Date:  October 5, 2021
        New York, NY

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**