UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| Samil Antigua, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,* | Case No.: 1:21-cv-07272 |
| *Plaintiff*, | **FED.R.CIV.P. 68 JUDGMENT** |
| - against - | |
| Dynamic Event Group Inc. (d/b/a Dynamic Productions USA), and Brian Rosenblum, | |
| *Defendants*. | |

---------------------------------------------------------------X

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Dynamic Event Group Inc. (d/b/a Dynamic Productions USA), and Brian Rosenblum (collectively, the "Defendants"), having offered to allow Samil Antigua ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), inclusive of reasonable attorney's fees, costs, and expenses accrued, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $25,000.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2022
      New York, New York

SO ORDERED:

_____

5