USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/09/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Samil Antigua, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                               *Plaintiff*,

    - against -

Dynamic Event Group Inc. (d/b/a Dynamic Productions USA), and Brian Rosenblum,

                                               *Defendants*.

-------------------------------------------------------------X

Case No.: 1:21-cv-07272

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Dynamic Event Group Inc. (d/b/a Dynamic Productions USA), and Brian Rosenblum (collectively, the "Defendants"), having offered to allow Samil Antigua ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), inclusive of reasonable attorney's fees, costs, and expenses accrued, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $25,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Date: February 9, 2022**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**